# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC14 | 9165049 | RETAMOZA | 5365 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense 2:30 PM
10/23/2025

Offense Charged ☐ CFR ☐ USC ☐ State Code
38 CFR 1.218(a)12(b)(25)

Place of Offense VAMC
NORTHEND DISABLED PARKING NORTH ENT.

Offense Description: Factual Basis for Charge HAZMAT ☐
PARKING IN SPACE POSTED AS
RESERVED FOR PHYSICALLY DISABLED
PERSON. PLACARD NOT DISPLAYED

### DEFENDANT INFORMATION

Last Name NUNN     PATRICIA   L

Street Address ███████████

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9BHV642 | CA | 18 | FORD EXP | | GRN |

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 — Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ 80 — Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address COURT (951) 328-4455    Date
3470 TWELFTH ST
RIVERSIDE CA 92501    COURT ROOM  Time
3 or 4 3rd FL

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9165049*

CVB SCAN 11/12/2025 16:14

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/23, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/12/2025 16:14